#331288  #331289  #331849

CAUSE NOS. 14-15-00875-CR, 14-15-00876-CR & 14-15-00877-CR

| | | |
|---|---|---|
| IN RE MICHAEL DAVIS, | § | IN THE FOURTEENTH COURT OF APPEALS |
|     Relator | § | |
| VS. | § | AT |
| HONORABLE JUDGE OF THE 228TH DISTRICT COURT, | § | |
| | § | |
|     Respondent | | HOUSTON, TEXAS |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
OCT 26 2015
CHRISTOPHER A. PRINE
CLERK

## NOTICE OF APPEAL

TO THE HONORABLE COURT:

Relator pro se Michael Davis, hereby files this his Notice of Appeal 10/23/15 pursuant to the Texas Rules of Appellate Procedure.

Relator's Application for Writ of Mandamus has been denied by this Court.

Relator hereby appeals to the Texas Court of Criminal Appeals at Austin.

Relator respectfully requests the record be forwarded to the Clerk of the Texas Court of Criminal Appeals. Relator further requests a suspension of the Rules because he is not an attorney and also in the interest of justice.

MAILED 10/23/15

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 09 2015

Abel Acosta, Clerk

Respectfully submitted,

M. _____
Michael Davis #938173
Relator pro se
Allred Unit-2101 FM 369 North
Iowa Park, TX 76367-6668

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this instrument has been mailed by first class U.S. Mail, postage prepaid, to the following on this the 21 ST of OCTOBER, 2015:

Clerk
Fourteenth Court of Appeals
301 Fannin, Suite 245
Houston, TX 77002

M. _____
Michael Davis

NORTH TEXAS TX P&DC
DALLAS TX 750
23 OCT 2015 PM 4 L

S

Michael Davis 933173
Allred Unit
2101 FM 369 North
Iowa Park, TX 76367-6568

Clerk
Fourteenth Court of Appeals
301 Fannin  Suite 245
Houston, TX  77002

77002206270

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE CORRECTIONAL
INSTITUTIONS DIVISION

18

Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 27, 2015.



In The

# Fourteenth Court of Appeals

NOS. 14-15-00875-CR, 14-15-00876-CR, and 14-15-00877-CR

## IN RE MICHAEL DAVIS, Relator

ORIGINAL PROCEEDING
WRIT OF MANDAMUS
228th District Court
Harris County, Texas
Trial Court Cause No. 331288, 331289 & 331549

## MEMORANDUM OPINION

On October 14, 2015, relator Michael Davis filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Marc Carter, presiding judge of the 228th District Court of Harris County, to rule on his "Movant's Motion for Access to the Plea Bargain."

"A party's right to mandamus relief generally requires a predicate request for some action and a refusal of that request." *In re Perritt*, 992 S.W.2d 444, 446 (Tex. 1999) (orig. proceeding). In particular, the relator must show that the motion was filed and that he presented it to the trial court for a ruling. *See In re Clewis*, 14-10-00086-CV, 2010 WL 547087, at *1 n.3 (Tex. App.—Houston [14th Dist.] Feb. 18, 2010, orig. proceeding). Additionally, as the party seeking relief, the relator has the burden of providing this court with a sufficient record to establish his right to mandamus relief. *See Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992); Tex. R. App. P. 52.7(a)(1) (relator must file with petition "a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding").

Relator attached to his petition his "Movant's Motion for Access to the Plea Bargain" addressed to the trial court, dated September 21, 2015. But, there is no file stamp or any other evidence in the record that the motion was actually filed and presented to the trial court. The record does not show that relator requested a ruling on the motion. Because relator has not provided an adequate record showing that he is entitled to the relief he seeks, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Donovan.

Do Not Publish — Tex. R. App. P. 47.2(b).

2